UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JASON L. HAJOSTEK,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING SOCIAL SECURITY COMMISSIONER,<br><br>              Defendant. | Case No. CV-20-185-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 17) Judgment is entered in favor of the Plaintiff and against the Defendant.

Dated this 31st day of March 2022.

                                                TYLER P. GILMAN, CLERK

                                                By: /s/ Heidi Gauthier
                                                Heidi Gauthier, Deputy Clerk